# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BRIAN KEITH HUDSON**                                                                    **PLAINTIFF**

V.                                        CASE NO. 4:17-CV-00036 BSM/BD

**FAULKNER COUNTY DETENTION CENTER,**
**UNIT 1**                                                                                **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

      This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

      If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**    **Discussion**

      Brian Keith Hudson, an inmate at the Faulkner County Detention Center Unit 1 ("Detention Center"), filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2)  Mr. Hudson complains that he has not been provided adequate medical treatment since being detained and that the conditions of his confinement are unconstitutional. Mr. Hudson named the Detention Center, however, as the only

Defendant. Because the Detention Center is not a "person" that can be sued under § 1983, the Court ordered Mr. Hudson to amend his complaint if he wished to pursue his claims. *Owens v. Scott County Jail*, 328 F.3d 1026, 1027 (8th Cir. 2003) (county jail is not an entity subject to suit under § 1983). The Court instructed Mr. Hudson to file an amended complaint within thirty days of January 23, 2017, and specifically warned him that his failure to comply could result in the dismissal of this case under Local Rule 5.5(c)(2). (#4)

As of this date, Mr. Hudson has failed to respond to the Court's January 23 Order. The deadline for complying has expired.

### III. Conclusion

The Court recommends that Mr. Hudson's claims be DISMISSED, without prejudice, based on his failure to comply with this Court's January 23, 2017 Order.

DATED this 27th day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE