# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BRIAN KEITH HUDSON**                                                          **PLAINTIFF**

**v.**                 **CASE NO. 4:17-CV-00036 BSM**

**FAULKNER COUNTY DETENTION CENTER,**
**UNIT 1**                                                                      **DEFENDANT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Beth Deere [Doc. No. 5] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted and this case is dismissed without prejudice. It is certified an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 24th day of March 2017.

                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE