IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRIAN KEITH HUDSON**                                                       **PLAINTIFF**

v.                              **CASE NO. 4:17-CV-00036 BSM**

**FAULKNER COUNTY DETENTION CENTER,**
**UNIT 1**                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 24th day of March 2017.

_____
UNITED STATES DISTRICT JUDGE